**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLADIS RYALS, | ) NO. CV 09-7410-GAF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES A. YATES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 23, 2012.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE